# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BRIAN NELSON                                                                    PLAINTIFF
ADC #148443

v.                              No: 4:19-cv-00482 SWW-PSH

MELANIE D. FOSTER JONES, *et al.*                                DEFENDANTS

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation [ECF No. 46] should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motions to dismiss (Doc. Nos. 16 & 24) filed by Wilson and Dominicis are denied.

DATED this 11th day of March, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE