IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN NELSON**                                                    **PLAINTIFF**
**ADC #148443**

v.                   No: 4:19-cv-00482 SWW-PSH

**MELANIE D. FOSTER JONES,** *et al.*                   **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

The defendants' motions for summary judgment (Doc. Nos. 80 & 85) are granted. Wilson and Dominicis are granted summary judgment and Nelson's claims against them are dismissed without prejudice for failure to exhaust available administrative remedies. Nelson's claims against Dr. Jones are limited to:

(1)      Dr. Jones' encounter with Nelson on July 8, 2017 (as described in WR-17-00253);

(2) Dr. Jones' encounter with Nelson on July 23, 2017 (as described in WR-17-00252);

(3) Dr. Jones' refusal to allow Nelson to have a cane on three occasions before October 4, 2017 (as described in WR-17-00349);

(4) ultrasound consultation request submitted March 14, 2018 (as described in WR-18-00106);

(5) Dr. Jones' encounter with Nelson on March 20, 2018, and her notification of diagnostic test results dated March 27, 2018 (as described in WR-18-00105);

(6) Dr. Jones' treatment of Nelson on May 26, 2018, including his INR level tests/results on May 31, 2018, and June 4, 2018 (as described in WR-18-00191); and

(7) Dr. Jones allegedly cancelling Nelson's vascular surgeon appointment on October 18, 2018 (as described in WR-18-00362).

All other claims asserted against Dr. Jones in the amended complaint are dismissed without prejudice for failure to exhaust administrative remedies.

DATED this 15th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE