# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN NELSON**  **PLAINTIFF**
**ADC #148443**

v.  No: 4:19-cv-00482 SWW

**MELANIE JONES**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Dr. Jones' motion for summary judgment (Doc. No. 141) is granted. Nelson's remaining claims of deliberate indifference against Dr. Jones are dismissed with prejudice.

DATED this 7th day of July, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE