# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN NELSON**  **PLAINTIFF**
**ADC #148443**

v.   No: 4:19-cv-00482 SWW

**MELANIE JONES**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 7th day of July, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE