# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN NELSON**  **PLAINTIFF**
**ADC #148443**

v.　　　　　　　No: 4:19-cv-00482 SWW

**MELANIE JONES**　　　　　　　　　　　　**DEFENDANT**

## ORDER

Appointed counsel, Sonia Eileen Fonticiella, has filed a motion seeking reimbursement of $625.00 in expenses that she incurred in representing Plaintiff Brian Nelson in this case. Having considered the application pursuant to the guidelines and policies of the Library Fund, the motion (*Doc. 155*) is GRANTED.

IT IS THEREFORE ORDRED that the Clerk of the Court disburse money from the Library Fund in the amount of $625.00 to Sonia Eileen Fonticiella, Fonticiella Law, PLLC, 401 West Court Street, Paragould, AR 72450. Further, a copy of this order and motion for reimbursement must be placed in the Library Fund file maintained by the Clerk.

DATED THIS 20th day of July, 2022.

　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE